

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 20, 2018

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

    Re:    <u>Medzhidzade v. Kirschenbaum & Phillips, P.C.</u>
            Case #: 1:17-cv-06452-BMC

Your Honor,

    We represent the Plaintiff, Marina Medzhidzade, in the above referenced action, and write with consent of Defense Counsel, in accordance with Your Honor's Individual Rules of Practice.

    We are pleased to report that the Parties have reached an agreement to settle the claims alleged in the Complaint.

    Accordingly, we respectfully request that the Court remove all upcoming dates and deadlines from its Calendar *sine die*, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                 Sincerely Yours,

                                   /s/ Daniel Kohn
                                 Daniel Kohn

*CC (via ECF): All Counsel of record*